```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16857
   SAMUEL TUCKER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-2671


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/15/2007 and was confirmed 01/02/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG          .00              .00           .00
WELLS FARGO BANK NA        MORTGAGE ARRE    46817.20              .00        548.58
INTERNAL REVENUE SERVICE   PRIORITY          1471.40              .00           .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER      245.04              .00           .00
CREDIT PROTECTION ASSOC    UNSEC W/INTER   NOT FILED              .00           .00
GMAC                       UNSEC W/INTER   NOT FILED              .00           .00
PEOPLES ENERGY             UNSEC W/INTER   NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      686.74              .00           .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER      678.41              .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY           645.37              .00           .00
ILLINOIS DEPT OF REVENUE   UNSEC W/INTER       84.75              .00           .00
AMERICAN GENERAL FINANCE   SECURED NOT I      150.00              .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY       3,123.00                       3,123.00
TOM VAUGHN                 TRUSTEE                                             296.26
DEBTOR REFUND              REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              3,967.84

PRIORITY                                          .00
SECURED                                        548.58
UNSECURED                                         .00
ADMINISTRATIVE                               3,123.00
TRUSTEE COMPENSATION                           296.26
DEBTOR REFUND                                     .00
                     --------------      --------------
TOTALS               3,967.84                3,967.84


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 16857 SAMUEL TUCKER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE